BACHTEL *v.* WILSON, SHERIFF.

MILLER. *v.* SAME.

DAVIS *v.* SAME.

VAN HORN *v.* SAME.

ERROR TO THE SUPREME COURT OF THE STATE OF OHIO.

Nos. 447, 448, 449 and 450.    Argued November 14, 15, 1906.—Decided January 7, 1907.

*Bachtel* v. *Wilson, ante* p. 36, followed.

THE facts appear in the statement of the previous case which was argued simultaneously herewith.

*Mr. William A. Lynch* for plaintiffs in error.[1]

*Mr. Charles C. Upham* and *Mr. John W. Craine* for defendant in error.[1]

MR. JUSTICE BREWER delivered the opinion of the court.

The same question controls these cases as the one just decided, and, for the reasons given in the foregoing opinion, they are

*Dismissed.*

———————

[1] For abstracts of arguments see *ante*, pp. 37, 38.